IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. MAUTHE, M.D., P.C., individually and on behalf of all others similarly situated, | : : : : |
| Plaintiff, | : : CIVIL ACTION NO. 18-1903 |
| v. | : : |
| MILLENNIUM HEALTH LLC, | : : |
| Defendant. | : : |

## ORDER

**AND NOW**, this 29th day of May, 2020, after considering the defendant's motion for summary judgment (Doc. No. 61); the plaintiff's response to the defendant's motion (Doc. No. 66); and the defendant's reply to the plaintiff's response (Doc. No. 70); and having heard oral argument from counsel for the parties on December 18, 2019; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendant's motion for summary judgment (Doc. No. 61) is **GRANTED IN PART**. Summary judgment is entered in favor of the defendant and against the plaintiff on Count I of the amended complaint (Doc. No. 29);

2. Count II of the amended complaint (Doc. No. 29) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3); and

3. The clerk of court is **DIRECTED** to mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.