## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT W. MAUTHE, M.D., P.C.,
individually and on behalf
of all others similarly situated,

     Plaintiff,

v.

MILLENNIUM HEALTH, LLC,

     Defendant.

Civil Action No. 5:18-cv-1903

CLASS ACTION

Honorable Judge Edward G. Smith

### NOTICE OF APPEAL

Plaintiff Robert W. Mauthe, M.D., P.C. ("Mauthe" or "Plaintiff"), on behalf of itself and all other persons similarly situated, by counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's May 29, 2020, Memorandum Opinion (Doc. 74) and Order (Doc. 75) granting summary judgment in favor of the defendant Millennium Health, LLC, on Count I of the amended complaint, dismissing Count II of the amended complaint without prejudice pursuant to 28 U.S.C. § 1367(c)(3), and directing the clerk of court to mark the case as closed.

Dated: June 19, 2020

Respectfully submitted,

Robert W. Mauthe, M.D., P.C., a Pennsylvania corporation, individually and as the representative of a class of similarly-situated persons

/s/ David M. Oppenheim

One of its attorneys

Phillip A. Bock
David M. Oppenheim
Tod A. Lewis
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
(312) 658-5500
(312) 658-5555 (fax)
phil@classlawyers.com
david@classlawyers.com

<u>Certificate of Service</u>

The undersigned hereby certifies that, on June 19, 2020, he caused the foregoing to be served on the following attorneys of record by electronic mail:

Philip A. Magen, Esquire (202181)
Brendan G. Lamanna, Esquire (202966)
Zarwin, Baum, Devito, Kaplan, Schaer & Toddy, P.C.
1818 Market Street, 13th Floor
Philadelphia, PA 19103
Tel: (215) 569-2800
pamagen@zarwin.com
bglamanna@zarwin.com

Paul A. Werner, Esquire (*admitted pro hac vice*)
pwerner@sheppardmullin.com
Hannah J. Wigger, Esquire (*admitted pro hac vice*)
hwigger@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006
Tel: (202) 747-1900
Fax: (202) 747-1901

David M. Poell, Esquire (*admitted pro hac vice*)
dpoell@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
70 W. Madison Street, 48th Floor
Chicago, IL 60602
Tel: (312) 499-6300
Fax: (312) 499-6301
*Counsel for Millennium Health, LLC*

/s/ David M. Oppenheim